# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-2927

_____

Leticia Sanders

*Plaintiff - Appellant*

v.

Cleary Chapman, Cpl., in his individual and official capacity as a Trooper for the Arkansas State Police (originally named as Chary Chapman); Erica Shelby, in her individual and official capacity as a Trooper for the Arkansas State Police

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: March 10, 2020
Filed: March 13, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Leticia Sanders appeals following the district court's[1] adverse entry of judgment on a jury verdict in her 42 U.S.C. § 1983 action. Having carefully reviewed the parties' submissions and the record before us on appeal, we conclude that Sanders's claims are not susceptible to meaningful review because she failed to provide a transcript of the trial proceedings. See Fed. R. App. P. 10(b)(1) (discussing appellant's duty to order transcript); Schmid v. United Bhd. of Carpenters & Joiners of Am., 827 F.2d 384, 385-86 (8th Cir. 1987) (per curiam) (where pro se appellant did not order trial transcript, appellate court could not review claims of evidentiary error, judicial bias, or insufficiency of evidence). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.